BANK OF STILLMORE *v.* CURRY *el al.*

GILBERT, J. Under the pleadings and the evidence on preliminary hearing the appointment of a temporary receiver was not error.

*Judgment affirmed. All the Justices concur.*

No. 1251. MAY 14, 1919. REHEARING DENIED JUNE 14, 1919.

Receivership. Before Judge Hardeman. Emanuel superior court. November 2, 1918.

*T. N. Brown* and *F. H. Saffold,* for plaintiff in error.

*Williams & Bradley, G. C. Bedgood,* and *Hines & Jordan,* contra.